FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2021

No. 04-21-00101-CV

**SHAPE RANCH, LTD.**, and Hugh Fitzsimons, III,
Appellants

v.

**ENG SAN MIGUEL DEVELOPMENT, LLC**, ETNA Energy, LLC and Endeavor Natural
Gas, LP,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 21-01-13958-DCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

In the underlying suit, Appellant Shape Ranch, Ltd. is the surface estate owner of the Shape Ranch and Appellant Hugh A. Fitzsimons III is the Shape Ranch manager. ENG San Miguel Development, LLC; ETNA Energy, LLC; and Endeavor Natural Gas, LP (collectively Endeavor) are lessees or operators of a mineral lease underlying the Shape Ranch.

Endeavor proposed a route for a road across the center of the surface estate, but Shape Ranch objected; it proposed a longer route around the perimeter of the surface estate.

On March 24, 2021, the trial court granted Endeavor's application for a temporary injunction, which allows Endeavor access to the ranch along Endeavor's proposed route.

On March 25, 2021, Shape Ranch filed a notice of interlocutory appeal, *see* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(3), and it sought an emergency order to stay the temporary injunction, *see* TEX. R. APP. P. 29.3.

Appellants' request for emergency relief is GRANTED. We STAY the trial court's March 24, 2021 temporary injunction order pending further order of this court or resolution of this appeal numbered 04-21-00101-CV. *See* TEX. R. APP. P. 29.3; *Cold Spring Granite Co. v. Karrasch*, 96 S.W.3d 514, 516 (Tex. App.—Austin 2002, no pet.).

FILE COPY

It is so **ORDERED** March 26, 2021.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT

FILE COPY